EMMET PETTIETT V. THE STATE.

No. 9702. Delivered October 14, 1925.

Forgery—Appeal Dismissed.

Appellant has filed his affidavit that he no longer desires to prosecute this appeal, and same is ordered dismissed.

Appeal from the District Court of Van Zandt county. Tried below before the Hon. Joel R. Bond, Judge.

Appeal from a conviction of forgery; penalty, two years in the State penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, Judge.—Appellant is under conviction for forgery with punishment assessed at confinement in the penitentiary for two years.

Since his appeal was perfected and the record filed in this court he has filed his affidavit advising that he no longer desires to prosecute his appeal, but wishes to withdraw the same.

Complying with his request the appeal is ordered dismissed.

*Dismissed.*